UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jeffrey Walter

v.  Case No.: 4:09−cv−03939
 Judge Melinda Harmon

Ville de Paris

             Defendant

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/20/10

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   March 9, 2010

                                                                         Clerk of Court