UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jeffrey Walter

                Plaintiff,

v.                                      Case No.: 4:09−cv−03939
                                                                   Judge Melinda Harmon

Ville de Paris

                Defendant.

TYPE OF CASE:      Civil

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 12/2/10

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   August 30, 2010

                                                                                         David Bradley, Clerk