UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jeffrey Walter

      Plaintiff,

v.                Case No.: 4:09−cv−03939
               Judge Melinda Harmon

Ville de Paris

      Defendant.

TYPE OF CASE:  Civil

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Frances H Stacy

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 2/2/11

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date: December 2, 2010

                            David Bradley, Clerk