# EXHIBIT A

## AFFIDAVIT OF ACCURATE TRANSLATION

OREGON                )
                      ) ss.
County of Multnomah   )

    I declare that I, Celeste Ingalls, citizen of the United States, over the age of twenty-one, not a party to the issue in question, and having been duly sworn, depose and state the following:

    I am Director of Operations for Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, specializing in providing accurate translation of legal, judicial, extra-judicial and general documents from the French language into the English language.

    I do hereby swear, under oath and penalty of perjury under the laws of the United States of America, that the attached English translation (Exhibit 1) is a true and accurate translation of the original French police report which provides proof of service upon Ville de Paris (Exhibit 2).

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 13th day of December, 2010.

OFFICIAL SEAL
NAO SAKAMOTO
NOTARY PUBLIC-OREGON
COMMISSION NO. 423984
MY COMMISSION EXPIRES DEC. 5, 2011

_____
Notary Public for Oregon

| | |
|---|---|
| French Republic<br>Department of the Interior,<br>Overseas Territories and Local Authorities<br>National Police General Administration | **REPORT**<br><br>The year two thousand and ten<br>October twentieth, at 2 PM |
| Police Station<br><br>P.V.: 2010/010321/ | We,  Thierry BOCQUET<br>      Police Sergeant<br>      Acting in "DELEGATION OF POWER" GROUP |
| Case:<br><br>versus/City of Paris<br>Foreign Process Service | Officer for the Judiciary Police in Paris<br>Acting in his capacity,<br>Continuing the current investigation,<br>In view of Articles 75 et seq. of the Code of Criminal Procedure,<br>We required and we found that the following person appeared and stated as follows:<br>**REGARDING HIS IDENTITY:**<br>My name is Christophe KRAUSS.<br>I was born on 03/22/1968 in Fontainebleau (77),<br>Son of Francis and Françoise RIGAULT.<br>I am a French citizen.<br>I am employed by the City of Paris, located at 4 Place de l'Hotel de Ville 75004 Paris.<br>I am the Head of the Office of Intellectual Property.<br>Tel.: 01-42-76-66-61.<br>**REGARDING THE FACTS:** |
| Subject:<br><br>Interview regarding Service Process<br><br>Conclusion and transfer | I acknowledge the reasons of my being summoned in your premises.<br>I acknowledge that you serve me with a judicial document issued by the United States.<br>I give valid receipt.<br>It is a summons in a civil action, no. 09-3939.<br>It is a complaint by Mr. Jeffrey WALTER against the City of Paris.<br>I have nothing else to say."<br>The document having been read, he certifies the truth of the above and signs with us. |

Mr. Christophe KRAUSS            Officer of the Judiciary Police
[Signature]                      [Signature]
                                 [Stamp: Prefecture [illegible]]

Consequently,
We state that the document is complete and will be handed over to the Attorney General at the Public Prosecutor's Office, Section A2, Bureau 388.

Conclusion report and transmission acknowledged.
                    Officer of the Judiciary Police
                    [Signature]
                    [Stamp: Prefecture [illegible]]

*BOCQUET*

Security *[Illegible]*

> **IMPORTANT**
> Once executed, please staple this notice on the first page of the document for electronic filing in
> DSPAP Mail Unit
> Thank you

No. _____    Date ___8/9/10___

<u>Nature of the case</u>   *[Illegible]*

Subject **Investigation**   Hearing   Other _____

Origin *[Illegible]*   Service  A2

Service referred to   <u>01</u>   IMAT. _____

<u>Victim</u>   Impleaded party   Witness   Person   Company

CITY OF PARIS

*[Stamp: Illegible]*

> Mail
> 2010/1032
> Registration No.

> DSPAP
> *[illegible]*
> *Mail no.*

10041756

DISTRICT ATTORNEY'S OFFICE  
DISTRICT COURT OF PARIS  
SECTION A2  
BUREAU 388  
JUDICIAL DOCUMENT SERVICE  
75055 PARIS  

TEL. 01-44-32-56-34  

COMMUNICATION  

To the Director of Community Police  
Captain of the Police Section  
at the Community Police  

## FOR THE REQUESTED PURPOSES

And requesting that he proceeds as follows:

√ - Interview

√ - For the service of an act or a notification, draw a detailed receipt.

- If the execution is delayed for any reasons, draw a note establishing the references and reasons for the delay.

- keep me informed if any difficulties.

√ - forward the various steps undertaken.

√ - please mention name and address of requesting authority.

Paris, 8/9/2010

For The Attorney General  
*[Signature]*

| DESTINATAIRE | RESERVE AU PARQUET |
|---|---|
| TRIBUNAL DE GRANDE INSTANCE DE PARIS PARQUET DE PARIS SECTION A2 BUREAU 388 | |

RÉPUBLIQUE FRANÇAISE
MINISTERE DE L'INTERIEUR DE L'OUTRE-MER
ET DES COLLECTIVITES LOCALES
DIRECTION GENERALE DE LA POLICE NATIONALE

COMMISSARIAT DE POLICE

P.V. : 2010/010321/

## PROCES VERBAL

L'an deux mille dix,
le vingt octobre

Nous, **Thierry BOCQUET**
    BRIGADIER DE POLICE
    en fonction GROUPE "DELEGATIONS JUDICIAIRES"

Agent de Police Judiciaire en résidence PARIS

---Etant au service---
---Agissant conformément aux instructions reçues de Madame Valérie GOETZ, Commissaire Divisionnaire chargée du 1er Arrondissement de Paris,---
---Vu celles de Monsieur le Procureur de la République près le Tribunal de Grande Instance de Paris, Section A2, Bureau 388 contenues dans son soit transmis nous demandant de remettre à LA VILLE DE PARIS, sise 4 Place de l'Hotel de Ville 75004 Paris l'acte étranger venant des Etats-Unis ACTION CIVILE N°09-3939.--
---Vu le dossier communiqué,---
---Disons que les divers actes de la procédure seront placés à la suite du présent qui en constitue la saisine---

AFFAIRE :

contre/VILLE DE PARIS

REMISE D'UN ACTE ETRANGER

OBJET :

EXECUTIONS D'INSTRUCTION
   PIECE    PARQUET
EN DATE DU 09/08/2010

SAISINE
ATTACHE VILLE DE PARIS
SERVICE JURIDIQUE

---De même suite,---
---Prenons attache avec la Mairie de Paris au 01-42-76-40-40,---
---Aprés avoir décliné notre fonction et le motif de notre appel nous sommes mis en relation avec le Service Juridique "DROIT PRIVE" (tél:01-42-76-51-24).---
---Il nous est répondu qu'une personne de leur service se vinedra prendre en mains propes le dossier communiqué par le Tribunal d'Instance des Etats-Unis.---
---Dont acte.---

VU ET TRANSMIS
Le  21/01/11
Le Commissaire Divisionnaire
    Chef de Service
    Mme Valérie GOETZ

L'APJ



Exhibit 2

RÉPUBLIQUE FRANÇAISE
MINISTÈRE DE L'INTÉRIEUR DE L'OUTRE-MER
ET DES COLLECTIVITÉS LOCALES
DIRECTION GÉNÉRALE DE LA POLICE NATIONALE

COMMISSARIAT DE POLICE

P.V. : 2010/010321/

AFFAIRE :

Contre/VILLE DE PARIS

REMISE D'UN ACTE
ETRANGER

OBJET :

AUDITION DE
REMISE DE L'ACTE

CLOTURE ET TRANSMISSION

# PROCES VERBAL

L'an deux mille dix,
le vingt octobre à quatorze heures

Nous, **Thierry BOCQUET**
BRIGADIER DE POLICE
en fonction GROUPE "DELEGATIONS JUDICIAIRES"

Agent de Police Judiciaire en résidence PARIS
---Etant au service,---
---Poursuivant l'enquête en cours sous sa forme de droit.---
---Vu les Articles 75 et suivants du Code de Procédure Pénale,--
---Avons mandé et constatons que se présente la personne ci-
dessous qui nous déclare:---
**---SUR SON IDENTITE:---**
---Je me nomme KRAUSS Christophe.--
---Je suis né le 22/03/1968 à Fontainebleau (77).---
---De Francis et de Françoise RIGAULT.---
---Je suis de nationalité Française.---
---Je suis employé par la Ville de Paris, sise 4 Place de
l'Hotel de Ville 75004 Paris.---
---J'exerce la profession de Chef de Bureau de la Propriété
Intellectuelle.---
---Tél:01-42-76-66-61.---
**---SUR LES FAITS:---**
---Je prends acte du motif de ma convocation dans vos locaux.---
---Je prends acte que vous me remettez un acte judiciaire venant
des Etats-Unis.---
---Je vous en donne décharge.---
---Il s'agit d'une citation à comparaître dans une action civile
N°09-3939.---
---Il s'agit d'une plainte de M. Jeffrey WALTER contre la Ville
de Paris.---
---Je n'ai rien d'autre à ajouter."---
---Aprés lecture faite, persiste et signe avec nous le présent.-
M. KRAUSS Christophe                         L'APJ



---De même suite.---
---Disons clore et transmettre la présente procédure en l'état à
Monsieur le Procureur de la République prés le Parquet de Paris
Section A2, Bureau 388.---
---Dont procés verbal de clôture et de transmission.---

L'APJ



BOCQUET



**IMPORTANT**

Veuillez agrafer cette fiche en première page de procédure après exécution, pour classement informatique au
*Unité du Courrier DSPAP*

*Merci*

N° ......../........  Date 9/8/10

Nature de l'affaire  G......

Objet  Enq  Aud  Autres ...........

Provenance  75   Service  A2

Service saisi  01°......  IMAT : ..........

Victime ) Mise en cause ) Témoin   Personne   Sté

VILLE DE PARIS

COURRIER
D.S.P.
2010/10321
Arriv
Départ N° enregistrement

DSPAP
Courrier N° ..........

10104756.

|  |  |
|---|---|
| **PARQUET DU TRIBUNAL**<br>**DE GRANDE INSTANCE DE PARIS**<br>**SECTION A2**<br>**BUREAU 388**<br>**SERVICE DES ACTES JUDICIAIRES**<br>**75055 PARIS** | SOIT TRANSMIS<br><br>à Monsieur le DIRECTEUR<br>De la Police Urbaine de Proximité<br>Commandant de Section de Gendarmerie<br>à    **PUP** |

**tél : 01 44 32 56 34**

## AUX FINS DEMANDEES

Et en ayant l'honneur de le prier de bien vouloir :

*ℓ* - procéder à l'audition

*ℓ* - s'il s'agit de la remise d'un acte ou d'une notification, établir un récépissé détaillé

- si l'exécution se trouve retardée pour un motif quelconque, établir une note d'attente précisant les références et les motifs du retard

- me tenir informé en cas de difficultés

*ℓ* - me faire retour de vos diligences.

*ℓ* - bien vouloir mentionner le nom et l'adresse de l'autorité requérante.

Paris, le 9/8/2010

P/ Le Procureur de la République,

*[signature]*

| Addressee |
| --- |
| District Court of Paris |
| District Attorney's Office |
| Section A2 |
| Bureau 388 |

For the District Attorney's Office only

# REPORT

French Republic
Department of the Interior,
Overseas Territories and Local Authorities
National Police General Administration

Police Station

P.V.: 2010/010321/

Case:
versus/City of Paris
Foreign Process Service
Subject:
Enforcement of Instructions
District Office's document
dated 08/09/2010

Referral
Contact: City of Paris
Legal Department

Read and handed over
On [illegible]21/10

Police Chief
Head of Department
Mrs. Valérie GOETZ
[Signature]
[Stamp: Prefecture [illegible]]

Year two thousand
October twentieth,

We,   Thierry BOCQUET
      Police Sergeant
      Acting in "DELEGATION OF POWER" GROUP

Officer for the Judiciary Police in Paris

Acting in his capacity,
Acting as directed by Mrs. Valérie GOETZ, Police Chief in charge of Paris 1st Arrondissement,
In view of the instructions from the Attorney General at the District Court of Paris, Section A2, Bureau 388, included in his communication,
requiring that we forward to THE CITY OF PARIS, located at 4 Place de l'Hotel de Ville 75004 Paris, the foreign document issued by the United States, CIVIL ACTION No. 09-3939.
In view of the file received,
We state that the various proceedings will be placed subsequent to this document, acting as their referral.

Officer of the Judiciary Police
[Signature]
[Stamp: Prefecture [illegible]]

Consequently,
We contacted the City Hall of Paris at 01-42-76-40-40,
After introducing ourselves and giving the reasons of our call, we are put in touch with the Judicial Service "Private Law" (tel. 01-42-76-51-24).
We were told that someone from the department will come and personally receive the file forwarded by the U.S. District Court.
Duly acknowledged.

Officer of the Judiciary Police
[Signature]
[Stamp: Prefecture [illegible]]

Exhibit 1