UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY WALTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-09-3939 |
| | § | |
| VILLE DE PARIS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On July 1, 2011, Plaintiff Jeffrey Walter filed a status report in response to the Court's order. Doc. 20. In that status report, Walter stated that he shortly would file a motion for default judgment against Defendant Ville de Paris. *Id.* at 2. The record indicates that Defendant Ville de Paris was served with process on or about October 20, 2010 and has not yet appeared in this case. Doc. 15.

Plaintiff has not yet filed a motion for entry of default nor, since July 1, 2011, has he given any indication that he wishes to proceed with this case. The Court therefore

**ORDERS** Plaintiff Jeffrey Walter to move for an entry of default against Defendant Ville de Paris or otherwise inform the Court whether he wishes to proceed with this case within twenty days of the date of this order or the Court will dismiss the case for want of prosecution.

SIGNED at Houston, Texas, this 30th day of March, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE