IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Jeffrey Walter** § | | |
| **An individual,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | Civil Action No. 09-3939 | |
| § | | |
| **Ville de Paris (The City of Paris),** § | | |
| **A Municipal Commune of France,** § | | |
| **Defendant** § | | |

### DEFAULT JUDGMENT

On this day, came to be heard Plaintiff's Request for Entry of Default and Motion for Default Judgment against Defendant Ville de Paris. This Court, after considering Plaintiff's motion, with attached exhibits and affidavits, and Defendant's response, if any, is of the opinion that Plaintiff's motion should be GRANTED.

Therefore, THIS COURT HEREBY RENDERS DEFAULT JUDGMENT against Defendant Ville de Paris and in favor of Plaintiff for all causes of action alleged against Defendant Ville de Paris.

SIGNED this ___ day of _____, 2012.

HONORABLE FRANCES H. STACY

1033844.1