UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY WALTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-3939 |
| | § | |
| VILLE DE PARIS, | § | |
| | § | |
| Defendant. | § | |

### ENTRY OF DEFAULT

The Court, having considered Plaintiff's motion for entry of default, with attached exhibits and affidavits, has determined that Defendant Ville de Paris is in default. Accordingly,

It is hereby ORDERED that the Clerk shall file this ENTRY of DEFAULT.

SIGNED at Houston, Texas, this 21st day of June, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE