UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY WALTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-3939 |
| | § | |
| VILLE DE PARIS, | § | |
| | § | |
| Defendant. | § | |

### ORDER

Pursuant to the Court's entry of default entered against Defendant Ville de Paris on June 21, 2012 (Doc. 25), the Court hereby

ORDERS the parties to appear for a damages hearing for September 14, 2012 at 1:30pm in Courtroom 9C.

SIGNED at Houston, Texas, this 5th day of July, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE