IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Jeffrey Walter**<br>**An individual,**<br>**Plaintiff** | § § § § | |
| v. | § | Civil Action No. 09-3939 |
| **Ville de Paris (The City of Paris),**<br>**A Municipal Commune of France,**<br>**Defendant** | § § § § | |

### [PROPOSED] ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO PERMIT TELEPHONIC APPEARANCE OF ATTORNEY JOHN BERRYHILL

The Court, having examined and considered the foregoing motion by Plaintiff Jeffrey Walter ("Mr. Walter") and being of the opinion that the same is well founded and that it should be granted:

It is therefore ORDERED that the motion is GRANTED as follows:

Attorney John Berryhill shall be permitted to make an appearance telephonically for the hearing on Plaintiff's Motion for Default Judgment Scheduled for Friday, September 14. Attorney John Berryhill is directed to ~~call the Court's~~ give the Case Manager his direct telephone number to call _____, at 1:30 p.m. on the specified date.

Signed on this 13 day of September 2012

_____
Honorable Melinda Harmon

1224934.1

1