IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Jeffrey Walter** § | | |
| **An individual,** § | | |
| **Plaintiff** § | | |
| § | | |
| v. § | Civil Action No. 09-3939 | |
| § | | |
| **Ville de Paris (The City of Paris),** § | | |
| **A Municipal Commune of France,** § | | |
| **Defendant** § | | |

## PLAINTIFF'S PROPSOED FINAL DEFAULT JUDGMENT

For the reasons set out in a memorandum opinion and order filed herewith, and the clerk of court having entered a default in favor of Plaintiff Jeffrey Walter ("Walter") against Defendant Ville de Paris, it is ordered and adjudged as follows.

### I.

The court declares that Plaintiff

A. has not violated 15 U.S.C. § 1125(d);

B. has not violated 15 U.S.C. § 1114(1);

C. has not violated 15 U.S.C. §1125(a);

D. has not infringed on trade or service mark right of the Defendant in the PARVI mark; and

$_____ for reverse domain name hijacking under 15 U.S.C. § 1114(2)(d)(iv) and tortious interference.

### II.

1224865.1

Plaintiff shall recover the sum of $_____ in attorney's fees for Defendant's reverse domain name hijacking under 15 U.S.C. § 1114(2)(d)(iv).

## III.

The domain name parvi.org is ordered transferred to the Plaintiff.

## IV.

The taxable costs of court of Plaintiff, as calculated by the clerk of court, are assessed against Defendant.

Done at Houston, Texas _____, 2012

_____
Melinda Harmon
U.S. District Judge

1224865.1