UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEFFREY WALTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:09-CV-3939 |
| | § | |
| VILLE DE PARIS, | § | |
| | § | |
| Defendant. | § | |

**FINAL DEFAULT JUDGMENT**

The Court entered default in this case, and a hearing on damages was held September 14, 2012. It is hereby

DECLARED that Plaintiff Jeffrey Walter has not violated Title 15 U.S.C. Section 1125(d). It is further

DECLARED that Plaintiff Jeffrey Walter has not violated Title 15 U.S.C. Section 1114(1). It is further

DECLARED that Plaintiff Jeffrey Walter has not violated Title 15 U.S.C. Section 1125(a). It is further

DECLARED that Plaintiff Jeffrey Walter has not infringed on trade or service mark rights of the Defendant Ville de Paris (The City of Paris), a Municipal Commune of France in the PARVI mark. It is further

ORDERED that Plaintiff Jeffrey Walter recover of Defendant Ville de Paris (The City of Paris), a Municipal Commune the sum of One Hundred Thousand and 00/100 Dollars ($100,000.00) for reverse domain name hijacking under 15 U.S.C. Section 1114(2)(D)(ii)(iv) and tortious interference, together with the sum of Twenty-six Thousand, Eight Hundred Thirty and

00/100 Dollars ($26,830.00) in attorney's fees and costs.  It is further

ORDERED that the domain name "parvi.org" is transferred to Plaintiff Jeffrey Walter.  It is further

ORDERED that the taxable costs of court of Plaintiff Jeffrey Walter, as calculated by the clerk of court, are assessed against Defendant Ville de Paris (The City of Paris), a Municipal Commune.

THIS IS A FINAL JUDGMENT.

SIGNED at Houston, Texas, this 14th day of September, 2012.

                                MELINDA HARMON
                         UNITED STATES DISTRICT JUDGE